1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  JOSHUA A. OWEN (CABN 305174)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7149
7       FAX: (415) 436-7234
        Joshua.Owen2@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,          ) NO. 3:24-CR-00340-TLT-2
   |                                    )
14 |     Plaintiff,                     ) NOTICE OF DISMISSAL AS TO MARK
   |                                    ) KAPSALIS
15 |   v.                               )
   |                                    )
16 | MARK KAPSALIS,                     )
   |                                    )
17 |     Defendant.                     )
   |                                    )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20 States Attorney for the Northern District of California dismisses all counts of the above indictment as
21 against Mark Kapsalis and moves that the Court quash the arrest warrant issued in connection with the
22 indictment in this case against Mark Kapsalis. The parts of the indictment as to co-defendant Brayan
23 Galindo-Borjas will remain as alleged.

24
   DATED: February 20, 2025                          Respectfully submitted,
25
                                                     PATRICK D. ROBBINS
26                                                   Acting United States Attorney

27                                                    /s/
                                                     MARTHA BOERSCH
28                                                   Chief, Criminal Division

   NOTICE OF DISMISSAL
   No. 3:24-CR-00340-TLT_____

1  Leave is granted to the government to dismiss all counts of the indictment as to Mark Kapsalis.
2  It is further ordered that the arrest warrant issued for Mark Kapsalis in connection with the indictment in
3  this case is quashed.

6  Date: _____

_____
HON. TRINA L. THOMPSON
United States District Judge

NOTICE OF DISMISSAL
No. 3:24-CR-00340-TLT_____