PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSHUA A. OWEN (CABN 305174)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7149
    FAX: (415) 436-7234
    Joshua.Owen2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:24-CR-00340-TLT-2 |
| Plaintiff, | NOTICE OF DISMISSAL AS TO MARK KAPSALIS |
| v. | |
| MARK KAPSALIS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses all counts of the above indictment as against Mark Kapsalis and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against Mark Kapsalis. The parts of the indictment as to co-defendant Brayan Galindo-Borjas will remain as alleged.

DATED: February 20, 2025                           Respectfully submitted,

                                                                   PATRICK D. ROBBINS
                                                                   Acting United States Attorney

                                                                   /s/
                                                                   MARTHA BOERSCH
                                                                   Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:24-CR-00340-TLT_____

1   Leave is granted to the government to dismiss all counts of the indictment as to Mark Kapsalis.
2   It is further ordered that the arrest warrant issued for Mark Kapsalis in connection with the indictment in
3   this case is quashed.

Date: August 11, 2025

HON. TRINA L. THOMPSON
United States District Judge

NOTICE OF DISMISSAL
No. 3:24-CR-00340-TLT_____